United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 11, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30125
Summary Calendar

KARSTON KEELEN,

                                        Plaintiff-Appellant,

versus

SHANNON DEMAR, and cell entry team; UNKNOWN
HEALTH CARE PROVIDER; UNKNOWN MEDICAL CENTER;
UNKNOWN WARDEN,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 02-CV-857
--------------------

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

     Karston Keelen appeals from the dismissal of his 42 U.S.C.
§ 1983 action for failure to properly exhaust his prison
remedies.  A pending administrative grievance is not considered
exhausted, see Wendell v. Asher, 162 F.3d 887, 890 (5th Cir.
1998), and Keelen has failed to show that the exhaustion
requirement should be excused.  Accordingly, the district court
did not err in dismissing Keelen's lawsuit, and the decision of
the district court is AFFIRMED.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.